al., petitioners in No. 227 and respondents in No. 266. *Francis H. Scheetz* for petitioners in No. 243. *Alfred Berman, Philip W. Amran* and *Abraham Shamos* for the Central-Illinois Securities Corp. et al., petitioners in No. 266 and respondents in Nos. 226, 227 and 243. *Louis Boehm* for White et al., respondents in Nos. 226, 227 and 243. *W. E. Tucker* and *Paul D. Miller* for the Engineers Public Service Co., respondent in Nos. 226 and 227. *Louis Boehm* filed a brief for White et al., as *amici curiae*, supporting petitioners in No. 266. Reported below: 168 F. 2d 722.

No. 228. Nye & Nissen et al. *v.* United States. C. A. 9th Cir. Certiorari granted. *Joseph B. Keenan, Robert T. Murphy* and *Harold C. Faulkner* for petitioners. *Solicitor General Perlman, Robert S. Erdahl* and *Philip R. Monahan* for the United States.

No. 234. Reynolds, Administratrix, *v.* Atlantic Coast Line Railroad Co. Supreme Court of Alabama. Certiorari granted. *J. Kirkman Jackson* for petitioner. *Charles Cook Howell* and *Peyton D. Bibb* for respondent.

No. 111. Ancker et al. *v.* California. Appellate Department of the Superior Court in and for the County of Los Angeles, California. Certiorari denied. *Abraham J. Isserman* for petitioners. *Ray L. Chesebro* for respondent.

No. 204. City of Vernon et al. *v.* California; and
No. 205. Culver City et al. *v.* California. District Court of Appeal, 2d Appellate District, of California.